No. 506, Misc. DAYTON *v.* BENNETT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 511, Misc. PERSONS *v.* WASHINGTON. Supreme Court of Washington. Certiorari denied.

No. 526, Misc. STAMPS *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 78. BINGHAMTON CONSTRUCTION CO., INC. *v.* UNITED STATES, *ante,* p. 926;

No. 541. STOLLER, DOING BUSINESS AS RICHLAND LAUNDRY & DRY CLEANERS, *v.* NATIONAL LABOR RELATIONS BOARD; and

No. 542. LAUNDRY & DRY CLEANERS UNION, LOCAL 197, *v.* NATIONAL LABOR RELATIONS BOARD, *ante,* p. 919. Petitions for rehearing denied.

MAY 3, 1954.*

No. 29. WATSON ET UX. *v.* EMPLOYERS LIABILITY ASSURANCE CORP., LTD. ET AL. Appeal from and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. Further consideration of the question of the jurisdiction of this Court in this case on appeal is postponed to the hearing of the case on the merits. The petition for writ of certiorari is granted. *Val Irion* for appellants-petitioners. *Charles D. Egan* for appellees-respondents.

---

*MR. JUSTICE JACKSON took no part in the consideration or decision of the cases in which orders are this day announced.